# United States District Court
## Eastern District of Michigan

Theodore J. Visner
  Plaintiff,

v.

Michigan State Police
Michigan State Police Commander
Michigan Intelligence Operations Ctr. (MIOC)
MIOC Commander/Director & LEIN
LEIN Director   Defendants,

Case: 5:19-cv-11466
Judge: Levy, Judith E.
MJ: Patti, Anthony P.
Filed: 05-20-2019 At 09:16 AM
PRIS VISNER v MICHIGAN STATE POLICE, ET AL. (af)

Jury Trial Demanded
☑ Yes

~~Forward Objection to~~ Disposal Magistrate

**Complaint for Damages for Character Assination and for Violations of Civil Rights under USC. §s 1983, 1985 and 1988. (Prisoner Complaint) &
For: Emergency/Declatory and Injunctive Relief
— State Created Danger, Slander & Libel: Defimation
For Persecution/Oppression - Making Plaintiff = Persona Non Grata**

---

## Introductory Statement

(1) This is an action for money damages sustained by a citizen of the United States against police officers and administrators and the named municipalities/corporations as persons ~~who~~ unlawfully and with harmful malice intentionally published and otherwise disseminated harmful, ~~is false for~~ inaccurate, inappropriate false information extremely harmful to the plaintiff and anyone around the plaintiff against the police administrators and supervisory officers and/or other, responsible for the conduct of the defendants and for their failure to take corrective action and to assure propper training and supervision of their personnel, or to implement meaningful proceedures to discourage lawless official conduct. Corps sued as persons, people sued as individuals and officials under 42 USC. § 1983, 1985 & 1988.

Page 1 of 9

# JURISDICTION

(2) THIS ACTION IS BROUGHT PURSUANT TO 42 U.S.C. §§ 1983, 1985 AND 1988 AND THE FIRST, FOURTH, FIFTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES.

(3) THE JURISDICTION OF THIS COURT IS PREDICATED ON 28 U.S.C. §§ 1343(3) AND (4) AND 1331.

(4) PLAINTIFF THEODORE VISNER IS A RESIDENT OF MICHIGAN, AND AT ALL TIMES RELEVANT TO THE ALLEGATIONS OF THIS COMPLAINT WAS A RESIDENT OF MICHIGAN AND A CITIZEN OF THE UNITED STATES.

(5) AT ALL TIMES RELEVANT HERETO, DEFENDANT DIRECTOR/COMMANDER DOE OF THE MICHIGAN STATE POLICE, DEFENDANT DIRECTOR/COMMANDER DOE OF THE MICHIGAN INTELLEGENCE OPPERATION CENTER AND DEFENDANT DIRECTOR/COMMANDER DOE OF THE LAW ENFORCEMENT INFORMATION NETWORK WERE APPOINTED, ELECTED OR EMPLOYED BY THEIR RESPECTIVE AGENCIES TO ACT IN SUCH CAPACITY AS THE AGENT AND SERVANT OF THE DEFENDANT MUNICAPALITIES/CORPORATIONS. ALL THREE AGENTS ARE SUED INDIVIDUALLY IN THEIR INDIVIDUAL CAPACITY AND IN THEIR OFFICIAL CAPACITIES.

(6) AT ALL TIMES RELEVANT HERETO, DEFENDANT CORPORATIONS/MUNICIPALITIES KNOWN AS THE MICHIGAN STATE POLICE, (MSP), AND THE MICHIGAN INTELLEGENCE OPPERATION CENTER, (MIOC), AND THE LAW ENFORCEMENT INFORMATION NETWORK, (LEIN), ARE SUED AS PERSONS.

# FACTUAL ALLEGATIONS

(7) ON OCTOBER 11, 2017 PLAINTIFF'S HOME IN PINCONNING MICHIGAN WAS RAIDED BY BETWEEN 55-65 POLICE AND STATE ACTORS AT ABOUT 5:30 AM UNDER COVER OF DARKNESS. (856 W. CODYESTEY RD)

(8) IN THE COURSE OF DISCOVERY, PLAINTIFF RAN ACROSS REFERENCE IN POLICE REPORTS TO AN "OFFICER SAFETY CAUTION" ABOUT THE PLAINTIFF AND OBTAINED A COPY OF IT IN DISCOVERY THROUGH THE BAY COUNTY PROSECUTORS OFFICE. ATTACHED AS EXHIBIT B. AT SOME POINT IN 2018, OFFICER SAFETY CAUTION, HEREINAFTER "OSC".

(9) THE UNSIGNED, ANONYMOUS, SCANDALOUS OSC WAS CREATED WITHOUT DUE PROCESS AND WITHOUT ANY MEANS OF APPEAL OR REBUTTAL.

PAGE 2 OF 9

⑩ THE OSC WAS CREATED IN RETALIATION TO THE PLAINTIFF'S REPORTING OF POLICE CRIMES SPANNING BACK TO 2010 AND LISTED IN PART BELOW:

{ SHERIFF LARRY STELMA } A.) KENT COUNTY SHERIFF DEPUTY PATRICK McCULLOUGH CREATED A COUNTERFEIT DEED, A "COUNTERFEIT FINANCIAL INSTRUMENT", A "SHERIFF'S DEED" IN MARCH OF 2010 THAT WAS USED ON APRIL 15, 2010 BY A LAWYER NAMED "EDWARD WINKLER" TO STEAL THE PLAINTIFF'S FAMILY'S HOME AT 1647 FRANKLIN St. IN EAST GRAND RAPIDS, MICHIGAN. THIS "COUNTERFEIT DEED" IS CURRENTLY ON FILE AT THE KENT COUNTY REGISTER OF DEEDS WITH A BLANK AFFIDAVIT OF AUCTIONEER THAT IS SIGNED BY PATRIC McCULLOUGH AND NOTARIZED BY A NOTARY.

{ SHERIFF LEO M. } B.) 5 MONTHS LATER THE ISABELLA COUNTY SHERIFF'S ~~DEPARTMENT~~ OFFICE EXECUTED A FAKE EVICTION OF PLAINTIFF'S FAMILY FROM OUR HOME AT 829 E. WALTON ROAD IN MOUNT PLEASANT, MICHIGAN WHERE THE CONTENTS OF THIS HOME WERE STOLEN BY SHERIFF DEPARTMENT EMPLOYEE SHELLY SWEET AND OTHERS ON OR ABOUT SEPTEMBER 27, 2010.

⑪ THE THEFT OF THESE TWO HOMES, THE FIRST WITH OVER $130,000.- OF EQUITY AND THE SECOND WITH OVER $65,000.- OF PERSONAL PROPERTY STOLEN FROM INSIDE IT WERE ORCHESTRATED TO CONCEAL EACH OTHER BY ENSURING THE FINANCIAL INSUFFICIENCY OF THE PLAINTIFF TO SEEK REDRESS THROUGH THE COURTS.

⑫ THE POLICE CRIMES LISTED ABOVE WERE REPORTED TO THE AUTHORITIES... A LOT OF AUTHORITIES, INCLUDING THE MICHIGAN ATTORNEY GENERAL THAT UNBEKNOWNST TO THE PLAINTIFF WOULD HAVE REPRESENTED BOTH SHERIFF'S OFFICES AGAINST MY LAWSUITS AGAINST EACH OF THEM SETTING THE STAGE FOR MASSIVE ~~BEHIND THE SCENES CRIMINAL~~ AGAINST THIS PLAINTIFF TO SCANDALIZE AND FINANCIALLY SMASH THE PLAINTIFF RATHER THAN FACE OFF WITH THIS PLAINTIFF IN COURT. IN ADDITION TO THE MICH AG, THE PROSECUTORS OF BOTH COUNTIES WERE INFORMED OF THESE CRIMES AS WAS THE FBI, MSP & LOCAL AUTHORITIES.

⑬ THERE HAVE BEEN SEVERAL DIFFERENT VERSIONS OF THE OFFICER SAFETY CAUTION DATING BACK TO 2010 - 2011.

⑭ BILL SCHUETTE IS BELIEVED TO HAVE BEEN THE ORIGINAL AUTHOR OF THE OSC OR DIRECTED IT'S AUTHOR AS A COVERT WAY TO STOP LITIGATION OF THIS PLAINTIFF BEFORE IT COULD GET TRACTION.

⑮ THIS PLAINTIFF AND THIS PLAINTIFF'S FAMILY HAS BEEN ATTACKED MERCILESSLY BY POLICE SINCE THE DATE OF THE 1ST EVENT LISTED IN ⑩ ABOVE.

PAGE 3 OF 9

16) THE CREATION OF THE OSC HAS BEEN AN EFFECTIVE (VERY ~~EFFECTIVE~~) MEANS OF SECURING POLICE CONTEMPT WHEN APPROACHING THEM FOR HELP. WHEN ASKING POLICE FOR HELP - THEY FIRST RUN MY NAME THROUGH LEIN WHERE THEY ARE TOLD I WANT TO SHOOT POLICE AND HELP IS OBVIOUSLY WITHHELD AND I AM RUN OFF AFTER BEING THREATENED.

17) THE OFFICER SAFETY CAUTION HAS MADE ME AN ENEMY OF THE STATE.

18) THE OFFICER SAFETY CAUTION HAS MADE ME AFFRAID OF ALL POLICE.

19) THE OFFICER SAFETY CAUTION HAS MADE ME AFFRAID OF ALL WHO HAVE ACCESS TO IT AND ALL OTHER SUCH SIMILIAR MATERIAL MAINTAINED BY THE POLICE (OUR POLICE) ABSENT COURT PROCESS AND DUE PROCESS CREATING A PARTICULAR FORM OF SOCIETY EXILE.

20) THE OFFICER SAFETY CAUTION HAS TAKEN, FOR YEARS, MY SAFETY AND BY EXTENSION, MY FAMILY'S SAFETY.

21) SOMEONE WITH GREAT POWER WITHIN MICHIGAN GOVERNMENT COULD CREATE AN UNSIGNED POLICE BULLETIN FULL OF CONJECTURE, OPINION AND FALSEHOODS AND MAKE THAT SCANDAL SHEET AVAILABLE TO EVERY BEAT-COP WITH A COMPUTER. SOMEONE LIKE BILL SCHUETTE, PERHAPS THROUGH MSP GARY GREEN OR FBI TONY KRODET.

22) THE DOCUMENT ITSELF CONSTITUTES "A JUDGMENT" ABOUT THIS PLAINTIFF BY THE EXECUTIVE BRANCH OF MICHIGAN GOVERNMENT, A POWER RESERVED EXCLUSIVELY TO THE MICHIGAN JUDICIARY. THIS CONSTITUTES A USURPATION OF POWER GRANTED THE JUDICIARY BY THE MSP AND MIOC.

23) ACCORDING TO THE MSP, MIOC & LEIN, THIS INFORMATION CONSTITUTES A FINAL JUDGMENT THAT IS NOT SUBJECT TO REBUTTAL OR APPEAL AND IS SUPPOSED TO BE MAINTAINED OUTSIDE THE PUBLIC'S KNOWLEDGE AND IN SECRET.

24) THE OFFICER SAFETY CAUTION APPROACH TO DEALING WITH PEOPLE OF MICHIGAN WHO HAVE SERIOUS, LEGITIMATE AND REPETITIVE CLAIMS AGAINST THE POLICING AGENCIES OF MICHIGAN IS NOT A PRACTICE THAT COULD EVER BE TOLLERATED BY THE PEOPLE OF MICHIGAN.

25) THE APPROACH OF THE POLICE IS NOT EVEN TOLERATED BY OTHER POLICE OF GOOD CONSCIENCE AND IS VIEWED AS A PRACTICE THAT ONLY SERVES TO MAKE ALL POLICE LOOK BAD.

26) THE OSC IS A FABRICATION OF OPINION AND CONJECTURE AND UNPROVEN ACCUSATIONS WRITTEN WITH THE SPECIFIC INTENT TO DISCOLOR THE PLAINTIFF AND CHANGE THE WAY THE PLAINTIFF IS VIEWED BY ALL OTHER STATE ACTORS. ~~HEAR TESTIMONY FROM MICHIGAN LAWYERS~~

27) AS A RESULT OF THIS MISCONDUCT AND MALFEASANCE ~~AND OPPRESSIVE AND SCANDALOUS STATE ACTION~~ HEREIN BEFORE DESCRIBED, PLAINTIFF VISNER HAS BEEN FORCED TO ENDURE THE SCORN OF THE STATE AND THE POLICE OF THE STATE, ATTACKS, FURTHER ATTACKS, RAIDS TOTALLY UNFAIR COURT PROCEEDINGS IN KENT, ISABELLA AND BAY COUNTIES, CONJURED HATRED FROM POLICE, HUMILIATION, EMOTIONAL DISTRESS, PAIN AND SUFFERING, CONTINUING PAIN AND SUFFERING, INCURRED LOSS OF BUSINESS, LOSS OF BUSINESSES, LEGAL EXPENSES AND OTHER INCURRED EXPENSES, LOSS OF INCOME AND WAS OTHERWISE DAMAGED. HE WAS ALSO PHYSICALLY INJURED AS A DIRECT RESULT OF THE CONDUCT OF THE DEFENDANTS ALLEGED HEREIN.

28) ON INFORMATION AND BELIEF, THE ABUSES TO WHICH THE PLAINTIFF WAS SUBJECTED WAS CONSISTANT WITH AN INSTITUTIONALIZED PRACTICE OF DEFENDANT POLICE AND POLICE ORGANIZATIONS NAMED AS DEFENDANTS AS PERSONS AND THE DEFENDANT COMMANDERS AND/OR SUPERVISORS KNOWN AND/OR YET TO BE KNOWN JANE & JOHN DOES DEFENDANTS WHICH WAS KNOWN AND RATIFIED BY THE DEFENDANTS TO THE EXTENTS THESE ACTS ARE ACCEPTED POLICY AND PROCEDURE BY THE DEFENDANTS. AT NO TIME WAS ANY EFFECTIVE ACTION TAKEN TO PREVENT DEFENDANTS FROM CONTINUING TO ENGAGE IN SUCH MISCONDUCT AND COMPLETELY LAWLESS MANNER.

29) ON INFORMATION AND BELIEF, DEFENDANTS HAD PRIOR NOTICE OF THE MANY CONSTITUTIONAL VIOLATIONS, CRIMINAL AND TORT VIOLATIONS, AND OTHER VICIOUS ABUSES BUT TOOK NO STEPS TO CORRECT OR TRAIN AGAINST THEM, CORRECT THEIR ABUSES OF AUTHORITY OR TO DISCOURAGE THEIR UNLAWFUL USE OF THEIR AUTHORITY. THE FAILURE TO PROPERLY TRAIN DEFENDANTS INCLUDED THE FAILURE TO INSTRUCT THEM IN APPLICABLE

OF MICHIGAN STATE LAW WITH THE PROPER AND PRUDENT APPLICATION OF PROFESSIONALISM, ETHICS AND DISCRETION;

30) ON INFORMATION AND BELIEF, DEFENDANTS AUTHORIZED, TOLERATED, INSTRUCTED AND INSTITUTIONALIZED PRACTICES, AND RATIFIED THE MISCONDUCT, MALFEASANCE, CRUEL AND UNUSUAL PUNISHMENT HEREIN DETAILED BY:

- A.) FAILING TO PROPERLY TRAIN, DICIPLINE, RESTRICT, SUPERVISE, AND CONTROL EMPLOYEES INCLUDING DEFENDANTS NAMED HEREIN, KNOWN TO HOLD THEMSELVES OUTSIDE OF AND CENSURABLE ACCOUNTABILITY.

- B.) FAILING TO TAKE ADEQUATE PRECAUTIONS IN THE HIRING, PROMOTION AND RETENTION OF POLICE AND OTHER LAW ENFORCEMENT PERSONNEL INCLUDING BUT NOT LIMITED TO NAMED DEFENDANTS AND DOES. UNLESS --- UNLESS THE HIRING, PROMOTION AND RETENTION OF POLICE AND LAW ENFORCEMENT PERSONNEL DEFENDANTS NAMED HEREIN HAS BEEN DESIGNED SPECIFICALLY TO ACHIEVE THESE EXACT ABILITIES AND TO ACHIEVE THESE SAME RESULTS BY DESIRED INTENT.

- C.) FAILING TO FORWARD TO UNBIASED AUTHORITIES THE CLAIMS AND EVIDENCE OF THE CRIMINAL ACTS OF THE DEFENDANTS NAMED HEREIN.

- D.) FAILING TO ESTABLISH OR MAINTAIN OR TO ASSURE THE CONTINUOUS FUNCTIONING OF A BONA FIDE AND MEANINGFUL DEPARTMENTAL SYSTEM(S) FOR DEALING WITH COMPLAINTS AND GRIEVANCES OF POLICE AND LAW ENFORCEMENT MISCONDUCT, MALFEASANCE AND TORTIOUS ACTIVITIES BUT INSTEAD RESPONDING WITH SILENCE OR RETALIATION OR ALTERNATIVELY WITH BUREAUCRATIC POWER AND OFFICIAL DENIALS CALCULATED TO MISLEAD THE PUBLIC. THIS CONDUCT ALSO CONSTITUTES GROSS NEGLIGENCE AND FRAUD UNDER STATE LAW.

31) AS A CONSEQUENCE OF THE ABUSE OF AUTHORITY, MALFEASANCE IN OFFICE, AGREGIOUS ABUSE OF STATE POWER AND AUTHORITY UNDER COLOR OF STATE LAW, GROSS NEGLIGENCE AND FRAUD DETAILED HEREIN, PLAINTIFF HAS SUSTAINED THE DAMAGES ALLEGED HEREIN.

# FEDERAL CAUSE OF ACTION

32) THE ALLEGATIONS SET FORTH IN PARAGRAPHS 1 THROUGH 31 ARE INCORPORATED HEREIN BY REFERENCE.

PAGE 6 OF 9

"Exhibit B"



UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

# OFFICER SAFETY CAUTION

Phone (517) 243-4977
martzm@michigan.gov

This is for informational purposes only and should not be classified as intelligence based solely on this report

June 30, 2016

**DESCRIPTION**

///OFFICER SAFETY CAUTION///



| | |
|---|---|
| Name: | Theodore Joseph Visner |
| DOB: | 04/13/1967 |
| R/S: | W/M |
| HT/WT: | 6'0"/225 lbs |
| LKA: | 856 W Cody Estey Rd, Pinconning, MI |
| SSN: | 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 |
| DLN: | MI/ V256792441288 |
| SID: | 4663255J |
| FBI: | 653331HC0 |

**Narrative:** Theordore Visner has been identified as a possible domestic extremist with violent tendencies. Visner was denied a concealed pistol license in Isabella County. Visner is a well known anti-government individual with a large social media presence. Visner's recent postings include videos regarding interactions with DHS and child protection services personnel. Within the videos, Visner refers to CPS activity as "terrorism" and advocates for people to retaliate against the activity. Visner has a history of threatening behavior including threatening to shoot police over an eviction dispute, threatening a child services worker over the phone, and posting malicious and slanderous messages on various media outlets regarding members of the Isabella County Sheriff's Office and county officials.

Officers should exercise due caution when approaching this individual.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
This information is being provided to you by the Michigan Intelligence Operations Center for Homeland Security (MIOC). This document is the property of the MIOC and is prepared for the limited purpose of information sharing. This information is designated U//LES and is shared in confidence. This document must not be reclassified in any way, in whole or in part. Release to the media of any information in this document is prohibited. Information may be exempt from public release under the United States Freedom of Information Act (5 U.S.C. 551 et seq.) and the Michigan Freedom of Information Act (15.231 et seq.)

Distribution to Non-Law Enforcement entities is restricted without the consent and prior approval of the MIOC Commander.

## STATE OF MICHIGAN

### CERTIFICATE OF PRISONER ACCOUNT ACTIVITY
### AND AFFIDAVIT REGARDING SUSPENSION OF PRISONER FEES/COSTS

| Prisoner-Plaintiff/Petitioner/Appellant name and number | | Defendant's/Respondent's/Appellee's name |
|---|---|---|
| Theodore J. Visner # 526348 | V | People of Michigan |

### CERTIFICATE OF PRISONER ACCOUNT ACTIVITY

I am employed by the Michigan Department of Corrections at the facility identified below, at which the prisoner identified as the Plaintiff/Petitioner/Appellant is currently incarcerated.

Attached is a computer printout which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding twelve months or, if the prisoner has been incarcerated for less than twelve months, for the period of incarceration. Code "C" on the printout represents a withdrawal from the account and code "D" represents a deposit to the account. The attached printout reflects, for the reported period, an average monthly account deposit (i.e., total deposits divided by number of months) of $22.92 and an average monthly account balance (i.e., total deposits minus total withdrawals divided by number of months) of $10.73. There is a current spendable account balance of $3.64.

Date: 4/1/19

_____ / Facility Manager
Signature                / Title

Parnall Correctional Facility
Correctional Facility

**Note:** Bottom section to be completed by prisoner and sent by prisoner to a Michigan court along with State civil pleading/claim of appeal.

### AFFIDAVIT REGARDING SUSPENSION OF PRISONER FEES/COSTS

1. I am the Plaintiff/Respondent/Appellant in the attached pleading/petition/claim of appeal.

2. I am asking the court for suspension of filing fees and costs because I am indigent as reflected in the Certificate of Prisoner Account Activity and attached computer print-out.

_____ 4-9-19
Prisoner's Signature

Subscribed and sworn to before me, a Notary Public,

this 9 day of April, 2019.

_____

My Commission Expires: 9/2025

CSJ-276 7/07

Date: 04/01/2019 09:03:18         **Michigan Department Of Corrections**              Page 1 of 3
                                       Trust Account Statement
                                  For the period 04/01/2018 to 04/01/2019

|                          |                                  | Current              |                     |
|--------------------------|----------------------------------|----------------------|---------------------|
| MDOC Nbr.: 526348        | Name: Visner, Theodore Joseph    | Lock Loc.: 10:4044:Bot:04 |                |
| Birth Date: 04/13/1967   | Location: PARNALL CORRECTIONAL FA | Jurisdiction Dates: 10/26/2018 | Active: Yes |
| Current Balance: 3.64    | Hold Balance: .00                | Account Dates: 12/20/2018 | A/C. Status: Active |

## Sub Account Details

| Account Code | Account Name    | Balance As of 04/01/2018 | Balance As of 04/01/2019 |
|--------------|-----------------|--------------------------|--------------------------|
| **Trust-SMR Jackson Caseload** |   |                   |                          |
| 2101         | Offender Funds  | 0.00                     | 3.64                     |
| 2198         | Freeze          | 0.00                     | 0.00                     |

## Debts & Obligations

| Deduction Type | | Information No. | Effective Date | Original Amount | Amount Paid | Amount Owed |
|----------------|--|-----------------|----------------|-----------------|-------------|-------------|
| **Trust-SMR Jackson Caseload** | | | | | | |
| COC | Court Ordered Charges Obligation | 17-010632-FH-G | 01/22/2019 | 402.00 | 65.00 | 337.00 |
| COC | Court Ordered Charges Obligation | 17-010631-FH-G | 01/22/2019 | 402.00 | 0.02  | 401.98 |
| COC | Court Ordered Charges Obligation | 17-010630-FH-G | 01/22/2019 | 462.00 | 0.00  | 462.00 |
| VR  | Victim Restitution               | 17-10630-FH-HG | 01/07/2019 | 225.00 | 21.66 | 203.34 |
| VR  | Victim Restitution               | 17-10632-FH-HG | 01/11/2019 | 134.00 | 21.66 | 112.34 |
| VR  | Victim Restitution               | 17-10631-FH-HG | 01/11/2019 | 205.00 | 21.66 | 183.34 |

## Transaction Details

| GJ No. | Date | Description | Debit | Credit |
|--------|------|-------------|-------|--------|
| **Trust-SMR Jackson Caseload** | | | | |
| 86332059 | 12/21/2018 | **PADD Padlock Disbursement** | 5.07 | |
|          |            | 2101 Offender Funds           | 0.00 | |
|          |            | 2593 Padlock Payable - Direct |      | 0.00 |
|          | Narration: | Batch: 2437953, Ref:PADD RGC - | | |
| 86555333 | 01/14/2019 | **GTL GTL EFT Receipts**      | 45.00 | |
|          |            | 1121 GTL EFT Receipts         | 45.00 | |
|          |            | 2513 Padlock Payable          |       | 5.07 |
|          |            | 2101 Offender Funds           |       | 39.93 |
|          | Narration: | Batch: 2443681, Ref:AUSTIN,DANIELLE-01/12/2019 | | |
| 86788498 | 01/19/2019 | **CRT Commissary Regular Transaction** | 28.20 | |
|          |            | 2101 Offender Funds           | 28.20 | |
|          |            | 2501 Payable to Commissary    |       | 28.20 |
|          | Narration: | Batch: 2446144, Ref:102391826-Keefe Debit - | | |
| 86824241 | 01/24/2019 | **CRT Commissary Regular Transaction** | 1.19 | |
|          |            | 2101 Offender Funds           | 1.19  | |
|          |            | 2501 Payable to Commissary    |       | 1.19 |
|          | Narration: | Batch: 2447428, Ref:102401420-Keefe Debit - | | |
| 86838002 | 01/25/2019 | **RCPBD Regular Copies Disbursement (PBF)** | 2.20 | |
|          |            | 2101 Offender Funds           | 2.20  | |
|          |            | 2580 Copies (PBF) Payable - Direct |  | 2.20 |
|          | Narration: | Batch: 2448139, Ref:RGC REG COPIES - | | |
| 86842023 | 01/26/2019 | **CRR Commissary Regular Return** | 4.90 | |
|          |            | 2501 Payable to Commissary    | 4.90  | |
|          |            | 2101 Offender Funds           |       | 4.90 |
|          | Narration: | Batch: 2448343, Ref:102391826-Keefe Credit | | |
| 86882077 | 02/01/2019 | **RCPBD Regular Copies Disbursement (PBF)** | 9.70 | |
|          |            | 2101 Offender Funds           | 9.70  | |
|          |            | 2580 Copies (PBF) Payable - Direct |  | 9.70 |
|          | Narration: | Batch: 2449623, Ref:RGC REG COPIES - | | |
| 86937462 | 02/06/2019 | **GTL GTL EFT Receipts**      | 50.00 | |
|          |            | 1121 GTL EFT Receipts         |       | 50.00 |

FINANCE 4 of 6

Date: 04/01/2019 09:03:18     **Michigan Department Of Corrections**     Page 2 of 3

**Trust Account Statement**

**For the period 04/01/2018 to 04/01/2019**

| | | | | Current | |
|---|---|---|---|---|---|
| MDOC Nbr.: 526348 | | Name: Visner, Theodore Joseph | | Lock Loc.: 10:4044:Bot:04 | |
| Birth Date: 04/13/1967 | | Location: PARNALL CORRECTIONAL FA | | Jurisdiction Dates: 10/26/2018 | Active: Yes |
| Current Balance: 3.64 | | Hold Balance: .00 | | Account Dates: 12/20/2018 | A/C. Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| *Trust-SMR Jackson Caseload* | | | | |
| | | 2101 Offender Funds | | 50.00 |
| | *Narration:* | Batch: 2450805, Ref:WOOD,KEITH-02/05/2019 | | |
| 86955551 | 02/07/2019 | *JPAYJD JPay Media Credit Payable* | 50.00 | |
| | | 2101 Offender Funds | 50.00 | |
| | | 2600 JPay Media Credit Payable | | 50.00 |
| | *Narration:* | Batch: 2451606, Ref:0047371438-JPAY E-STAMP - | | |
| 86964618 | 02/08/2019 | *GTL GTL EFT Receipts* | 30.00 | |
| | | 1121 GTL EFT Receipts | 30.00 | |
| | | 2552 Victim Restitution Payable | | 5.00 |
| | | 2552 Victim Restitution Payable | | 5.00 |
| | | 2552 Victim Restitution Payable | | 5.00 |
| | | 2568 Court Ordered Charges Payable | | 15.00 |
| | | 2101 Offender Funds | | 0.00 |
| | *Narration:* | Batch: 2451676, Ref:AUSTIN,DANIELLE-02/07/2019 | | |
| 86964619 | 02/08/2019 | *GTL GTL EFT Receipts* | 100.00 | |
| | | 1121 GTL EFT Receipts | 100.00 | |
| | | 2552 Victim Restitution Payable | | 16.66 |
| | | 2552 Victim Restitution Payable | | 16.66 |
| | | 2552 Victim Restitution Payable | | 16.66 |
| | | 2568 Court Ordered Charges Payable | | 50.00 |
| | | 2568 Court Ordered Charges Payable | | 0.02 |
| | | 2101 Offender Funds | | 0.00 |
| | *Narration:* | Batch: 2451676, Ref:WOOD,KEITH-02/07/2019 | | |
| 87205920 | 02/14/2019 | *LCPBD Legal Copies Disbursement (PBF)* | 2.20 | |
| | | 2101 Offender Funds | 2.20 | |
| | | 2580 Copies (PBF) Payable - Direct | | 2.20 |
| | *Narration:* | Batch: 2453952, Ref:SMT LEGAL COPIES - | | |
| 87281806 | 02/22/2019 | *LPOSPBF Legal Postage Disbursement (PBF)* | .65 | |
| | | 2101 Offender Funds | 0.65 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.65 |
| | *Narration:* | Batch: 2456762, Ref:SMT LEGAL MAIL - | | |
| 87281807 | 02/22/2019 | *LPOSPBF Legal Postage Disbursement (PBF)* | .65 | |
| | | 2101 Offender Funds | 0.65 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.65 |
| | *Narration:* | Batch: 2456762, Ref:SMT LEGAL MAIL - | | |
| 87281808 | 02/22/2019 | *LPOSPBF Legal Postage Disbursement (PBF)* | .65 | |
| | | 2101 Offender Funds | 0.04 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.04 |
| | *Narration:* | Batch: 2456762, Ref:SMT LEGAL MAIL - | | |
| 87281809 | 02/22/2019 | *LPOSPBF Legal Postage Disbursement (PBF)* | .65 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.00 |
| | *Narration:* | Batch: 2456762, Ref:SMT LEGAL MAIL - | | |
| 87358174 | 03/04/2019 | *GTL GTL EFT Receipts* | 50.00 | |
| | | 1121 GTL EFT Receipts | 50.00 | |
| | | 2508 Postage (PBF) Payable | | 0.61 |
| | | 2508 Postage (PBF) Payable | | 0.65 |
| | | 2101 Offender Funds | | 48.74 |
| | *Narration:* | Batch: 2458979, Ref:WOOD,KEITH-03/01/2019 | | |
| 87369312 | 03/04/2019 | *PCD Phone Credit Disbursement* | 10.00 | |
| | | 2101 Offender Funds | 10.00 | |
| | | 2596 Phone Credit Payable | | 10.00 |
| | *Narration:* | Batch: 2459289, Ref:PCD SMT - | | |

FINANCE 5 of 6

Date: 04/01/2019 09:03:18

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 04/01/2018 to 04/01/2019

Page 3 of 3

| | | | | |
|---|---|---|---|---|
| MDOC Nbr.: 526348 | Name: Visner, Theodore Joseph | Current Lock Loc.: 10:4044:Bot:04 | | |
| Birth Date: 04/13/1967 | Location: PARNALL CORRECTIONAL FA | Jurisdiction Dates: 10/26/2018 | Active: | Yes |
| Current Balance: 3.64 | Hold Balance: .00 | Account Dates: 12/20/2018 | A/C. Status: | Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-SMR Jackson Caseload** | | | | |
| 87370960 | 03/04/2019 | JPAYJD JPay Media Credit Payable | 22.00 | |
| | | 2101 Offender Funds | | 22.00 |
| | | 2600 JPay Media Credit Payable | | 22.00 |
| | Narration: | Batch: 2459379, Ref:0048531333-JPAY E-STAMP - | | |
| 87383514 | 03/05/2019 | LCPBD Legal Copies Disbursement (PBF) | 1.00 | |
| | | 2101 Offender Funds | | 1.00 |
| | | 2580 Copies (PBF) Payable - Direct | | 1.00 |
| | Narration: | Batch: 2459663, Ref:SMT LEGAL COPIES - | | |
| 87383535 | 03/05/2019 | LCPBD Legal Copies Disbursement (PBF) | 2.40 | |
| | | 2101 Offender Funds | | 2.40 |
| | | 2580 Copies (PBF) Payable - Direct | | 2.40 |
| | Narration: | Batch: 2459663, Ref:SMT LEGAL COPIES - | | |
| 87658382 | 03/14/2019 | LPOSPBF Legal Postage Disbursement (PBF) | .50 | |
| | | 2101 Offender Funds | | 0.50 |
| | | 2582 Postage (PBF) Payable - Direct | | 0.50 |
| | Narration: | Batch: 2463214, Ref:LPOSPBF SMT - | | |
| 87669524 | 03/15/2019 | LCPBD Legal Copies Disbursement (PBF) | 6.80 | |
| | | 2101 Offender Funds | | 6.80 |
| | | 2580 Copies (PBF) Payable - Direct | | 6.80 |
| | Narration: | Batch: 2463667, Ref:SMT LEGAL COPIES - | | |
| 87669525 | 03/15/2019 | LCPBD Legal Copies Disbursement (PBF) | 1.70 | |
| | | 2101 Offender Funds | | 1.70 |
| | | 2580 Copies (PBF) Payable - Direct | | 1.70 |
| | Narration: | Batch: 2463667, Ref:SMT LEGAL COPIES - | | |
| 87669534 | 03/15/2019 | LCPBD Legal Copies Disbursement (PBF) | .70 | |
| | | 2101 Offender Funds | | 0.70 |
| | | 2580 Copies (PBF) Payable - Direct | | 0.70 |
| | Narration: | Batch: 2463667, Ref:SMT LEGAL COPIES - | | |

Total Receipts: 275.00
Total Disbursments: 146.26

FINANCE 6 of 6

57/15

RECEIVED
MAY 17 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
1000 Washington Ave
Bay City, Michigan, 48708

Theodore J. Visner #526348
Parnall Correctional Facility
1780 East Parnall Road
Jackson, Michigan 49201

WHEREFORE, PLAINTIFF THEODORE J. VISNER, DEMANDS THE FOLLOWING RELIEF JOINTLY AND SEVERALLY, AGAINST ALL DEFENDANTS:

A.) IMMEDIATE DECLATORY AND INJUNCTIVE RELIEF WITH THE REMOVAL OF THIS DEFAMATORY RETORIC FROM STATE COMPUTERS AND REPLACMENT INFORMATION EXPRESSING A PROFESSIONAL RETRACTION OF THE BOGUS INFORMATION AND AN EXPLANATION VISABLE TO EVERY STATE ACTOR THAT HAD ACCESS TO THE BOGUS INFORMATION AND A PRINTED FORMAL APOLOGY FROM THE STATE ENTITIES RESPONSIBLE AND AN INJUNCTION TO PROHIBIT THE ILLICIT USE OF THE POLICE SYSTEMS TO SPREAD HATEFUL INFORMATION CONSTITUTING ANONYMOUS OPINION OF SOMEONE NOT LISTED OR NAMED.

B.) FEES, COSTS, LABOR @ $200,000.— PLUS STATUTORY INTEREST FROM SEPT 27, 2010, PLUS 15%

C.) COMPENSORY DAMAGES IN THE AMOUNT OF $30,000,000.—

D.) PUNATIVE DAMAGES IN THE AMOUNT OF $30,000,000.—

E.) IIED DAMAGES AS ACTUAL DAMAGES OF $30,000,000.—

F.) ANY AND ALL FURTHER RELIEF DEEMED APPROPRIATE AND JUST BY THIS HONORABLE COURT.

G.) ORDER DEFENDANTS TO DISCONTINUE ALL HARASSMENT OF PLAINTIFF AND PLAINTIFFS' FRIENDS, ASSOCIATES & FAMILY.

RESPECTFULLY SUBMITTED

5-6-19
DATE:

THEODORE VISNER #526348
PARNALL CORRECTIONAL FACILITY
1780 EAST PARNALL ROAD
JACKSON, MICHIGAN 49201

PAGE 8 OF 9

I FURTHER DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS FEDERAL CIVIL RIGHTS LAWSUIT AGAINST THE MSP/MIOC Et. AL. WAS PLACED IN THE PRISON MAILING SYSTEM ON THE DATE OF MAY 6, 2019 TIME 8:45 ABOUT AM/PM.

MAY 6, 2019
DATE:

SIGNED,
THEODORE J. VISNER
#526348

I FURTHER DECLARE UNDER PENALTY OF PERJURY THAT THIS FEDERAL LAWSUIT AGAINST THE MSP/MIOC Et. AL WAS SENT THROUGH USPS MAIL TO THE US DISTRICT COURT - EASTERN DISTRICT OF MICHIGAN IN BAY CITY, MICHIGAN AND THAT THIS MAILING CONTAINED ONE ORIGINAL AND ONE DUPLICATE COPY, BOTH WITH ORIGINAL SIGNATURES.

5-6-19
DATE:

SIGNED,
THEODORE J. VISNER

PAGE 9 OF 9

(33) The herein above described actions and omissions, engaged in under color of state authority by the defendants, including the defendants MSP, MIOC and LEIN municipalities as persons, sued as persons and their Directors/Commanders in their official and personal capacities because of their authorization, condonation, direction and ratification thereof for the acts of their agents, depriving the plaintiff of rights secured to him by the Constitution of the United States, including but not limited to: his First Amendment right to petition the government for the <u>redress of grievances</u>, freedom of speech and expression, his Fourth Amendment right to be free from unlawful search and seizure of his persons and property, his Sixth Amendment rights to counsel of choice and a fair trial, Fifth Amendment right to due process and right to present a defense, equal protection under the law Amendment and his Eighth Amendment right to be free from cruel and unusual punishment. etc. 14a

(34) The acts and conduct herein before alleged constitute oppression and persecution and false arrest and false imprisonment, assault and battery, slander, libel and defamation, malicious prosecution, abuse of process, weaponized scandalous statements and misuse of police systems of reporting and sharing information, prima facia tort, conspiracy tort, negligence, gross negligence and fraud under the laws of the state of Michigan. This United States District Court has pendent jurisdiction to hear and adjudicate these claims.

(26A) The known existence of this and other OSCs' "Officer Safety Cautions" (known but unseen) has trapped this plaintiff in a type of "house arrest" to avoid confrontation with police over the past 6.5 years. This is a known design feature of this secret slander & libel document shared amongst all police and all those with access to LEIN to bias the reader against the plaintiff — where a prior conviction "rap sheet" doesn't exist.

(26B) The contempt can be seen in police raids & seizures without warrants and without probable cause on 10-11-17 and 8-8-18 and destruction of plaintiff's businesses and theft of more than 3 million dollars worth of property.

(26C) The plaintiff had a reasonable expectation that Michigan law enforcement agencies wouldn't convert his allegations of police crimes into secret allegations of being an anti-government terrorist that wanted to shoot police.

Page 7 of 9

# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| Case No. 19-11466 | Judge: Judith E. Levy | Magistrate Judge: Anthony P. Patti |

| | |
|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:**<br>Theodore J. Visner | **Name of 1st Listed Defendant/Respondent:**<br>Michigan State Police, et. al |
| **Inmate Number:** 526348 | **Additional Information:**<br>DM-No copies, no fee |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>Parnall Correctional Facility<br>1780 E. Parnall<br>Jackson, MI 49201<br>JACKSON COUNTY | |

**BASIS OF JURISDICTION**
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question

**NATURE OF SUIT**
- ☒ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____