UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Theodore J. Visner,
    Plaintiff,

v.

Michigan State Police,
et al.,
    Defendants.

FILED JAN 17 2020 CLERK'S OFFICE DETROIT

Case No: 5:19-cv-11466
Judge: Levi, Judith E.

18

Plaintiff's January 12, 2020 Re-Stated Objection to the US District Court's use, in this matter, of Case Disposal Magistrate(s) "FORWARD OBJECTION TO DISPOSAL MAGISTRATE" was and is clearly stated on the cover or title page of the original filing Plaintiff's original objection to the Court's use of Disposal Magistrate dated and filed 5-20-19.

This Court's use of Magistrate Judges over my clearly stated objections is an abuse of discretion. Please Discontinue.

Additionally, Please Take Judicial Notice that two documents have just been created and filed in this case that both contain perjured proof of service(s). Both documents contain the digital signature of Disposal Magistrate Anthony P. Patti dated Dec 30, 2019 and both "CERTIFICATE OF SERVICE" documents attached to Disposal Magistrate Patti's filings are signed (electronically) by a Case Manager named Michael Williams attesting to the 12/30/19 mailing of these documents that are both postmarked Jan 7, 2020, stamped received by the prison on Jan 9, 2020 and both appear to have been created and used to time bar my reply or force me into a procedural default situation, and/or create this new source of friction between me and the court.

Motion For Sanctions: Plaintiff now motions this Court to award this Plaintiff sanctions in the amount of the filing fees in this action plus $100.- for the two acts of indiscretion stated above, in addition to creating new orders that afford DUE PROCESS.

Page 1 of 3

To the extent their may be merit in the content of the Court's "Order to Show Cause for Failure to Effect Service..." The disposal magistrate has improperly listed the defendants on the caption page or (page 1), by dropping defendant (LEIN) or "Law Enforcement Information Network".

<u>**Motion to Add Defendants:**</u> Jane and John Doe as defendants 7 & 8. Plus MSP Facebook Operator(s)

As more than 90 days have elapsed nearly three times since this action was filed on 5-20-19 this plaintiff has been waiting to hear back from this court in all the plaintiff's different requests, including service upon the defendants.

<u>**Motion for Investigator:**</u> To be appointed to perfect or to help perfect service upon the defendants.

<u>**Motion For Counsel:**</u> To be appointed for the purpose of settlement negotiations, joinder issues and other issues related to consolidation of cases; 11289, 11232, 11466, 11487, 11775 and others.

Currently the plaintiff believes that the defendants are already in default for waiving service and failing to answer.

<u>**Motion for Judgment of Default:**</u> Against all defendants that are part of the alleged "Michigan State Police" for failure to answer including a default against defendant MSP itself for failure to answer.

<u>**Motion to once again encourage USMS to serve the following named defendants:**</u>

① Michigan State Police Commander / Director (boss) Joseph Gasper
② Michigan Intelligence Operations Center (MIOC)
③ MIOC Commander, 1st Lt. David Eddy

All located at: 7150 Harris Dr
Dimondale, MI 48821

Page 2 of 3

④ Law Enforcement Information Network (LEIN)
⑤ LEIN Director/Commander/Boss

All Located At: 7150 Harris Dr.
Diamondale, MI 48821

**Motion To Add Defendants** in this case but under a different/individual cause of action but contained within this action due to the related aspects.

① Kent Co. Sheriff Larry Stelma
② Kent Co. Sheriff Deputy Patrick McCullough
③ Kent Co. Sheriff Deputy Cumminga
④ Michigan Lawyer Edward Winkler
⑤ Current Occupant @ 1647 Franklin St - East Grand Rapids, MI.

The Plaintiff intends to prove at trial that all defendants named herein and yet to be named participated individually and at times collectively in this elaborate and very complex retaliation scheme as defined by Websters New College Dictionary;

    1. a.) A carefully arranged and systematic program of action for attaining some object or end.
   And Also b.) A secret or underhanded plan; plot

The secret underhanded plan/plot is ongoing TODAY and without this court's injunctive relief and declatory relief is expected to result in other and further harms to this plaintiff that could include the loss of his life.

**WHEREFORE** Plaintiff prays that this court stop messing around and provide this plaintiff the relief he has asked for along with any other and further relief deemed fair and appropriate by this honorable court.

Certification of Mailing
I certify that I, Respectfully Submitted to this court by placement into the prison mailing system on ___Jan 13,___ 2020 addressed to this court at 231 W. Lafayette Blvd Room 564 Detroit, MI 48226.

Theodore J. Visner #526348    1-13-20
Date

Page 3 of 3

Theodore J. Visner #526348
Parnall Correctional Facility
1780 East Parnall Road
Jackson, MI 49201

Date: Dec 31, 2019

Dear US Federal District Court Clerk,

Please find enclosed for filing, ~~date~~ the following Sworn Complaint.
This is an individual complaint but is to be filed under existing complaint 19-cv-11466

This case is the "Container Case" that will come to house the 5 different Federal District Court cases described on page 3 of this complaint.
Although I am incarcerated this ACTION is not related to the conditions of my confinement and thus not subject to scrutany under PLRA.

Thank you for your time and attention to this and these matters

Sincerely

Theodore J. Visner    1-13-20
                      Date

Page 1 of 1

# United States District Court
## Eastern District of Michigan

Theodore J. Visner
    Pro-Per Plaintiff,

v.

Lawyer Edward Winkler, Kent Co. Sheriff Deputy Patrick McCulloch,
Kent County Sheriff Larry Stelma,
Kent County, East Grand Rapids,
East Grand Rapids Police,
Current Occupants - 1647 Franklin East Grand Rapids, MI, and
Jane & John Does, and Does Title Company, and Does Real Estate Co.

Case No: _____

Judge: _____

Jury Trial Demanded

Forward Objection to Disposal Magistrate

## Sworn Complaint

Action to Quiet Title as the Base Claim of More Than Nine Years of Retaliation to Bar 1st Amendment Redress Efforts of Plaintiff Through Continued State Oppression By Various State Agencies To Be Named Herein

Under U.S.C. §§§ 1983 1985 & 1988 And Declatory Questions of Law

Declatory Question #1 Can Kent Co. Government create counterfeit deeds so that Lawyers can steal property without violating Criminal Law?
    Plaintiff Says No    Defendants Say?
    District Court Says?

Page 1 of 13

PAGE 2 of 13

PAGE 2 of 13

## INTRODUCTORY STATEMENT

① THIS IS AN ACTION THAT IS THE BASE CLAIM (QUIET TITLE) QUIET TITLE ACTION THAT HAS INITIATED NEARLY 10 YEARS OF RETALIATORY ACTION(S) BY VARIOUS STATE (AND FEDERAL) AGENCIES AGAINST THIS PLAINTIFF AS THE OPPRESSIVE TACTIC CHOSEN BY THESE SAME AGENCIES TO IN EFFORT TO COVER UP THESE ACTS OF STATE AND TO KEEP THE SAME OUT OF PUBLIC VIEW.

② THIS IS THE "CONTAINER CASE" FOR ALL OF THE OTHER INDIVIDUAL ACTIONS INITIATED AND TO BE INITIATED BY THIS PLAINTIFF WITH REGARD TO THE CONTINUED ATTACKS/ASSAULTS UPON THIS PLAINTIFF AND PLAINTIFFS FAMILY OVER THE PAST 9+ YEARS OR FROM APRIL 2010 TO CURRENT, THE FOLLOWING CASES SHOULD BE NESTLED INSIDE THIS CONTAINER CASE WHILE MAINTAINING THEIR INDIVIDUAL STATUS:

    A.) 19-11232   BAY CO. STEWART
    B.) 19-11289   "    "    GARZA/COPPOLINO
    C.) 19-11466   MSP-LIEN-MIOC
    D.) 19-11487   ISABELLA CO./JANES
    E.) 19-11775   WALSH/GILL/BAY CO.
    F.) ETC. ETC. ETC...

③ THIS PLAINTIFF MAINTAINS HIS OPEN REQUEST FOR APPOINTED COUNSEL FOR EACH INDIVIDUAL ACTIONS WITHIN THE CONTAINER CASE AND FOR THOSE TO BE ADDED AND FOR THE CONTAINER CASE ITSELF BASED UPON THE OBVIOUS COMPLEXITIES OF THESE CASES BOTH INDIVIDUALLY AND COLLECTIVELY.

4) THIS IS AN ACTION FOR MONEY DAMAGES AND FOR INJUNCTIVE RELIEF (AS THESE DEFENDANTS WANT TO KILL ME) IN THE FORM OF PROTECTION AND PROTECTIVE ORDERS ALONG WITH ANY OTHER AND FURTHER RELIEF DEEMED FAIR AND APPROPRIATE BY THIS COURT.

    A.) PLAINTIFF AND PLAINTIFF'S FAMILY FEARS FURTHER REPRISAL AND RETALIATION ON A DAILY BASIS.

    B.) PLAINTIFF AND PLAINTIFF'S FAMILY DEALING CURRENTLY WITH HATE MAIL AND STALKING BY POLICE.

    C.)

5) COLLECTIVELY AND INDIVIDUALLY THESE CASES WORK TO COVER UP THE THEFT OF MY FAMILY'S HOME AT 1647 FRANKLIN ST. IN EAST GRAND RAPIDS MICHIGAN BY THE CREATION AND USE OF A COUNTERFEIT DEED (FINANCIAL INSTRUMENT) BY THE KENT COUNTY SHERIFF DEPUTY PATRICK McCULLOUGH AND FILED AT THE KENT CO. REGISTER OF DEEDS BY LAWYER EDWARD WINKLER ON OR ABOUT MARCH, 16. 2010 AND THEN USED BY WINKLER TO STEAL REAL ESTATE BELONGING TO PLAINTIFF AND PLAINTIFF'S FAMILY.

6) Although this case is being initiated by Theodore J. Visner as Plaintiff, from prison, this case is not about the conditions of confinement and is not subject to the Prisoner Litigation Reform Act (PLRA).

7) All individuals are sued in their individual and official capacities.

## Jurisdiction

8) This action is brought pursuant to MCL and Title 42 U.S.C. §§ 1983, 1985 & 1988, the Constitution of Michigan and the Constitution of the United States.

9) The Jurisdiction of this court is predicated on 28 U.S.C. § 1343(3) and (4) and § 1331.

10) Plaintiff Visner is a resident of Michigan and at all times relevant to the allegations of this complaint lives in Michigan as a citizen of the United States.

11-22

Page 5 of 13

12-22

PAGE 6 of 13

12-22

# Factual Allegations

(23) On or about _____, Defendant Patrick McCullough of the Kent County Michigan Sheriff's Office created the (attached by reference) Sheriffs Deed and Affidavit of Sheriffs Sale that is signed by Patrick McCullough and notarized by <u>a Michigan Notary</u>

(24) The Affidavit of Sheriff Sale form is blank except for Mr. McCullough's Signature and the Notary information and signature of the Notary.

(25) The Counterfeit Sheriff Sale Documents are called here by reference and are on file at the Kent County Register of Deeds - file dated on or about March 16, 2010 for property address 1647 Franklin St - East Grand Rapids Michigan.

(26) Defendant Edward Winkler, a lawyer, filed the otherwise blank counterfeit Sheriff Sale Deed at the Kent County Register of Deeds knowing that the deed was counterfeit and also that it was created counterfeit by the Kent County Sheriff's Office, Law Enforcement.

(27) Defendant Winkler then used the counterfeit deed to forceably take possession of, physical possession of Plaintiff's Home (1647 Franklin) on April 15, 2010.

(28) Plaintiff, while at the property on April 15, 2010 called the East Grand Rapids Police and two officers responded. Court Officer Winkler showed the officers the counterfeit deed and the officers left. A police report was created dated April 15, 2010 at this address. Incorporated here by reference

Page 7 of 13

BY THE EAST GRAND RAPIDS POLICE DEPARTMENT OR PUBLIC SAFETY.

29) BECAUSE THE COUNTERFEIT SHERIFF'S DEED WAS CREATED BY THE KENT COUNTY SHERIFF'S OFFICE, THE KENT CO. SHERIFF'S OFFICE REFUSED TO PROVIDE ASSISTANCE TO THIS PLAINTIFF AND THIS PLAINTIFF'S FAMILY.

30) KENT COUNTY ELECTED SHERIFF LARRY STELMA AND SHERIFF DEPUTY COMMUNGA ALSO REFUSED TO HELP.

31) KENT COUNTY PROSECUTOR ALSO REFUSED TO HELP BECAUSE THE CREATION OF A COUNTERFEIT FINANCIAL INSTRUMENT IS A 14 YEAR FELONY AND IN THIS CASE THE CREATOR WAS A SHERIFF DEPUTY NAMED DEFENDANT PATRICK McCULLOUGH, AND CLAIMING "PROSECUTORIAL DISCRESSION" OPTED TO REFUSE TO DO THEIR JOB - PROTECTING THE DEFENDANT NOW NAMED IN THIS ACTION.

32) DEFENDANTS WORKED COLLECTIVELY, COOPERATIVELY AND INDIVIDUALLY TO DEPRIVE THIS PLAINTIFF AND THIS PLAINTIFF'S FAMILY OF THEIR CONSTITUTIONAL RIGHTS AND RIGHTS IN REAL PROPERTY OUTSIDE OF DUE PROCESS.

33) THE SIMPLICITY OF THIS CASE IS FULLY EXPRESSED IN THE COUNTERFEIT FINANCIAL INSTRUMENT ON FILE AT THE KENT CO. REGISTER OF DEEDS. THE SIMPLE NATURE OF THIS SIMPLE TO ARGUE CASE HAS CREATED THE RETALIATION PART. SINCE THE DEFENDANTS NAMED IN THIS ACTION WILL NEVER BE ABLE TO PROVE THAT THE "AFFIDAVIT OF SALE" IS ANYTHING OTHER THAN A PERJURED FORGERY THAT HAS CREATED A COUNTERFEIT FINANCIAL INSTRUMENT CONTRARY TO MCL 750.248b AND PERJURY CONTRARY TO MCL 750.423, RETALIATION AGAINST THIS PLAINTIFF WAS NOT JUST THE BEST DEFENSE AGAINST THESE ALLEGATIONS IT IS ALSO AN ONLY DEFENSE.

PAGE 8 OF 13

34) A logical conclusion/resolution/solution to 9+ years of state sponsored oppression, theft and violence against this Plaintiff would be execution/murder of the Plaintiff.

35) As a result of the fraud, misconduct, malfisance, nonfisance, perjury herein before described, Plaintiff and Plaintiff's family has been forced to endure hardships both financial and emotional and the taking of our real property by fraud and force of a Sheriff's office and Court officer under color of law and color of government subjecting this Plaintiff to humiliation and emotional distress, pain and suffering. Continuing pain, suffering and emotional distress, incurred expenses, legal fees, legal work, loss of income, loss of businesses and loss of business and other damages that include physical injury as a direct result of the conduct of the defendants alleged herein.

36) On information and belief, the abuses to which the Plaintiff was subjected, was/is consistant with an institutionalized practice of the defendants known to and ratified by the defendants. At no time was any action taken to prevent defendants from continuing to engage in such misconduct and lawless manner.

37) Defendants authorized, orchestrated, tollerated, instructed, institutionalized, these unlawful acts and practices and continue to ratify this misconduct, malfiesance, nonfiesance and the taking by force of rights and property absent due process of law to hinder and deny redress by that specific intent.

Page 9 of 13

㊳ AS A CONSEQUENCE OF THE ABUSE OF AUTHORITY MALFEASANCE IN OFFICE, NON-FEASANCE IN OFFICE, NEGLECT, GROSS NEGLECT AND WILFUL GROSS NEGLECT IN OFFICE AND AGREGIOUS ABUSE OF STATE POWER AND AUTHORITY UNDER COLOR OF LAW, AND THE FRAUD AND PERJURY DETAILED HEREIN, PLAINTIFF HAS SUSTAINED THE DAMAGES ALLEGED HEREIN THAT INCLUDE THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED) AS ACTUAL DAMAGES.

39-43

# Federal Cause Of Action

(44) The allegations set forth in paragraphs (1) through (43) above are incorporated here by reference.

(45) The herein above described actions and omissions, engaged in under color of state authority by the defendants, responsible for and because of their authorization, condonation, direction and ratification thereof, for the acts of it's agents, deprived the plaintiff of property and rights secured him by the Constitution of Michigan and the Constitution of the United States, including but not limited to, his 1st Amendment right to petition the government for the redress of grievances, freedom of speech and expression, 4th and 14th Amendment right to be free from unlawful search and seizure of property and person, 6th Amendment right to fair proceedings, and right to proper due process, right to freedom from cruel and unusual punishment and to equal protection under the law.

(46) The acts and conduct herein before alleged of the defendants direct and indirect participation constitutes the planning and conspiracy and implementation to achieve the objectives alleged herein and constitute assault and ~~battery~~, home invasion, larceny, malicious prosecution, abuse of process, prima facia tort, conspiracy tort, gross neglect, gross negligence, real estate fraud, fraud under the laws of the United States and of Michigan and the US Federal District Court has pendent juristiction to hear and to adjudicate these claims.

WHEREFORE PLAINTIFF THEODORE J. VISNER DEMANDS THE FOLLOWING RELIEF JOINTLY AND SEVERALLY AGAINST ALL THE DEFENDANTS:

- A.) 116 MONTHS OF RENT @ $1,200.- PER MO PLUS MAX STATUTORY INTEREST FROM APRIL 2010 OR $139,200.00 PLUS INTEREST

- B.) FEES, COSTS AND LABOR IN THE AMOUNT OF $225,000.00 PLUS STATUTORY INTEREST FROM APRIL 15, 2010 PLUS 15% PAID IMMEDIATELY.

- C.) IMMEDIATE ORDER RESTORING POSSESSION OF PLAINTIFF'S FAMILY HOME AT 1647 FRANKLIN IN EAST GRAND RAPIDS MICHIGAN.

- D.) COMPENSORY DAMAGES AS AWARDED BY THE JURY OR IN THE AMOUNT OF $60,000,000.00

- E.) PUNATIVE DAMAGES AS AWARDED BY THE JURY OR IN THE AMOUNT OF $60,000,000.00

- F.) IIED DAMAGES IN THE AMOUNT AWARDED BY THE JURY OR IN THE AMOUNT OF $60,000,000.00

- G.) ANY AND ALL FURTHER RELIEF DEEMED APPROPRIATE AND JUST BY THIS HONORABLE COURT

- H.) INJUNCTIVE RELIEF THAT PROTECTS THIS PLAINTIFF AND PLAINTIFF'S FAMILY FROM THESE DEFENDANTS- (INCLUDING PLAINTIFFS FAMILY)

PAGE 12 OF 13

I, THEODORE J. VISNER,
AS PLAINTIFF, DECLARES UNDER PENALTY OF PERJURY THAT THE ALLEGATIONS MADE HEREIN ARE TRUE AND ACCURATE AND ARE BASED UPON MY OWN FIRST HAND OBSERVATION AND RESTATE THE FOLLOWING AGAIN FOR SPECIFICTY.

① GRAND RAPIDS LAWYER EDWARD WINKLER USED A COUNTERFEIT SHERIFFS DEED CREATED BY PATRICK McCULLOUGH TO STEAL REAL ESTATE FROM MY FAMILY LOCATED AT 1647 FRANKLIN STREET IN EAST GRAND RAPIDS ON OR ABOUT APRIL 15, 2010 AS WITNESSED BY ME AND THE EAST GRAND RAPIDS POLICE AND MY BUYER STEVEN HAWTHORN.

SIGNATURE _____
THEODORE J. VISNER

SWORN COMPLAINT RESPECTFULLY SUBMITTED BY,
_____ 1-13-20
THEODORE J. VISNER           DATE

PROOF OF SERVICE
I FURTHER DECLARE THAT THIS FEDERAL CIVIL LAWSUIT WAS PLACED INTO THE PRISON MAILING SYSTEM ON 1-13-20 ADDRESSED TO THE U.S. DISTRICT COURT LOCATED AT 231 W LAYETTE BLVD - ROOM 564 DETROIT, MI 48226 AND THAT INCLUDED WITH THIS LAWSUIT WERE THE FOLLOWING DOCUMENTS ATTACHMENTS AND SUPPORTING DOCUMENTS TO FOLLOW ... SHORTLY

SIGNED, _____ 1-13-20
THEODORE J. VISNER #526348   DATE
PARNALL CORRECTIONAL FACILITY
1780 EAST PARNALL ROAD
JACKSON, MI 49201

PAGE 13 OF 13

THEODORE JOSEPH VISNER #526348
PARNALL CORRECTIONAL FACILITY
1780 EAST PARNALL ROAD
JACKSON, MI 49201



1/14/20



RECEIVED
JAN 17 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
THEODORE LEVIN US COURTHOUSE
231 WEST LAFAYETTE BLVD - ROOM 564
DETROIT, MICHIGAN 48226