2

United States District Court
Eastern District of Michigan

Theodore J. Visner
   Sui Juris Plaintiff,

v.

MSP, LEIN, MIOC,
        Et Al
    Defendant(s),

Case No: 19-11466

Judge: _____

FILED
JAN 31 2020
CLERK'S OFFICE
DETROIT

## Plaintiff's Motion for Court Appointed Counsel for the Purpose of Consolidation, Joinder Issues & Settlement Negotiations

Due to the complex legal issues involved with this ten year running state retaliation claim combined with the fact that this Plaintiff has had no formal training in the law, this Plaintiff respectfully requests that this Honorable Court appoint counsel for the purpose of consolidation, Joinder issues, Injunctive and Declatory Relief, and Settlement Negotiations. As this is already a retaliation claim, further retaliation is expected that could include my being murdered/killed. Consolidation of cases include 19-11232, 19-11289, 19-11424, 19-11466, 19-11487 and 19-11775 for starters.

Respectfully Submitted,

_____
Theodore J. Visner #526348

Date: 1-26-20

Page 1 of 1

Prisoner Name: Theodore J. Visner
Prisoner Number: # 526348
PARNALL CORRECTIONAL FACILITY
1790 E. Parnall Rd.
Jackson, MI 49201-7139

48226-271839

United States District Court
Theodore Levin United States Courthouse
231 West Lafayette Blvd. - Room 564
Detroit, MI 48226

METROPLEX
MI 490
29 JAN 20
PM 4 L

ZIP 48201
02 4W
0000361255

U.S. POSTAGE PITNEY BOWES
$ 000.50⁰
JAN 29 2020

RECEIVED 1/24/20
1/31/20