# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Theodore J. Visner,

                  Plaintiff,        Case No. 19-11466

v.                                   Judith E. Levy
                                     United States District Judge

Michigan State Police Commander,
Michigan Intelligence Operations    Mag. Judge Anthony P. Patti
Center, the MIOC Commander, the
Law Enforcement Information
Network, and the LEIN Director,

                  Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [31]

Before the Court is Magistrate Judge Anthony Patti's Report and Recommendation (ECF No. 31) recommending that the Court dismiss *pro se* Plaintiff Theodore J. Visner's complaint against the Defendants remaining in this case, the Michigan State Police Commander, the Michigan Intelligence Operations Center (MIOC), the MIOC Commander; the Law Enforcement Information Network (LEIN), and the LEIN Director (ECF No. 1). The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has

nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 31) is ADOPTED and the complaint is DISMISSED.[1]

IT IS SO ORDERED.

| | |
|---|---|
| Dated: May 6, 2022<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

### **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 6, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *See United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).